01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08  UNITED STATES OF AMERICA,              )       CASE NO. CR07-260-JCC
                                          )
09              Plaintiff,                 )
                                          )
10        v.                               )
                                          )       DETENTION ORDER
11  JOHN HIEN NGUYEN,                      )
                                          )
12              Defendant.                 )
    _____   )

13

14  <u>Offense charged</u>:         Conspiracy to Manufacture Marijuana; Manufacturing Marijuana

15                        (4 counts)

16  <u>Date of Detention Hearing</u>:    August 15, 2007

17        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21        <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22        1.      Defendant has been charged with drug offenses, the maximum penalty of which is

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                               Rev. 1/91
PAGE 1

01  in excess of ten years.  There is therefore a rebuttable presumption against defendant as to both

02  dangerousness and flight risk, under 18 U.S.C. §3142(e).

03        2.        Defendant has no ties to this district, except the alleged ownership of two houses

04  in which the alleged large scale marijuana grow operations were being conducted. He is not

05  employed.  He has limited ties to the District of New Hampshire in which he initially appeared.

06  He is a Vietnamese national with strong family ties to that country.

07        3.        Taken as a whole, the record does not effectively rebut the presumption that no

08  condition or combination of conditions will reasonably assure the appearance of the defendant as

09  required and the safety of the community.

10  It is therefore ORDERED:

11        (1)        Defendant shall be detained pending trial and committed to the custody of the

12                    Attorney General for confinement in a correction facility separate, to the extent

13                    practicable, from persons awaiting or serving sentences or being held in custody

14                    pending appeal;

15        (2)        Defendant shall be afforded reasonable opportunity for private consultation with

16                    counsel;

17        (3)        On order of a court of the United States or on request of an attorney for the

18                    Government, the person in charge of the corrections facility in which defendant is

19                    confined shall deliver the defendant to a United States Marshal for the purpose of

20                    an appearance in connection with a court proceeding; and

21        (4)        The clerk shall direct copies of this Order to counsel for the United States, to

22                    counsel for the defendant, to the United States Marshal, and to the United States

DETENTION ORDER                                                                            15.13
18 U.S.C. § 3142(i)                                                                        Rev. 1/91
PAGE 2

01          Pretrial Services Officer.

02      DATED this 15th day of August, 2007.

03

04                                          Mary Alice Theiler
                                            United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                              15.13
18 U.S.C. § 3142(i)                                          Rev. 1/91
PAGE 3